174 So.2d 534

**Lola Ethel ALLEN**

v.

**James HONEYCUTT et al.**

No. 47680.

May 6, 1965.

In re: Lola Ethel Allen applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 171 So.2d 770.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

174 So.2d 534

**Lenus A. GIROIR et al.**

v.

**Frank DUMESNIL et al.**

No. 47711.

May 6, 1965.

In re: Lenus A. Giroir and Mrs. Nellie Marie Arcendaux Giroir applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 172 So.2d 89.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

174 So.2d 534

**STATE of Louisiana ex rel. BERT LEASING CORPORATION**

v.

**Thomas F. DONELON et al.**

No. 47761.

May 10, 1965.

In re: State of Louisiana ex rel. Bert Leasing Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 173 So.2d 24.

Writ refused. On the facts found by the Court of Appeal the result is correct.